IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PING LU, JILL MCKEON,
RICHARD MCKEON, STEPHEN SPENCER,
SPENCER STOPA, and JUDY C. WINNEGAR,

      Plaintiffs,

vs.                                      No. CIV 14-0618 JB/LAM

OPPENHEIMERFUNDS, INC;
OFI PRIVATE INVESTMENTS, INC.;
and OPPENHEIMERFUNDS DISTRIBUTOR, INC.,

      Defendants.

## **ORDER**[1]

**THIS MATTER** comes before the Court on OFI's Motion to Dismiss the First Amended Complaint, filed July 21, 2014 (Doc. 21)("Motion"). The Court held a hearing on February 6, 2015. The Court will grant the Motion.

**IT IS ORDERED** that OFI's Motion to Dismiss the First Amended Complaint, filed July 21, 2014 (Doc. 21), is granted.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

---

[1] This Order disposes OFI's Motion to Dismiss the First Amended Complaint, filed July 21, 2014 (Doc. 21). The Court will, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

*Counsel:*

John C. Bienvenu
Kristina Martinez
The Rothstein Law Firm
Santa Fe, New Mexico

--and--

Amy Williams-Derry
Benjamin Gould
T. David Copley
Keller Rohrback, LLP
Seattle, Washington

>*Attorneys for the Plaintiffs*

Paul M. Fish
Kevin D. Pierce
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Albuquerque, New Mexico

--and--

Joshua D.N. Hess
Mark P. DiPerna
Dechert LLP
San Francisco, California

>*Attorneys for the Defendants*