IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PING LU, JILL MCKEON,
RICHARD MCKEON, STEPHEN SPENCER,
SPENCER STOPA, and JUDY C. WINNEGAR,

      Plaintiffs,

vs.                                                         No. CIV 14-0618 JB/LAM

OPPENHEIMERFUNDS, INC.;
OFI PRIVATE INVESTMENTS, INC.;
and OPPENHEIMERFUNDS DISTRIBUTOR, INC.,

      Defendants.

## **ORDER**[1]

**THIS MATTER** comes before the Court on OFI's Request for Judicial Notice, filed July 21, 2014 (Doc. 23)("Motion"). The Court held a hearing on February 6, 2015. For the reasons provided at the hearing, the Court will grant the Motion.

**IT IS ORDERED** that OFI's Request for Judicial Notice, filed July 21, 2014 (Doc. 23), is granted.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

---

[1] This Order disposes of OFI's Request for Judicial Notice, filed July 21, 2014 (Doc. 23). The Court will, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

- 2 -

*Counsel:*

Amy Williams-Derry
Benjamin Gould
T. David Copley
Keller Rohrback, LLP
Seattle, Washington

--and--

John C. Bienvenu
Kristina Martinez
Rothstein, Donatelli, Hughes, Dahlstrom, Schoenburg & Bienvenu, LLP
Santa Fe, New Mexico

    *Attorneys for the Plaintiffs*

Paul M. Fish
Kevin D. Pierce
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Albuquerque, New Mexico

--and--

Joshua D.N. Hess
Mark P. DiPerna
Dechert LLP
San Francisco, California

    *Attorneys for the Defendants*